UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>APPLE AMERICAN GROUP LLC;<br>APPLE PENNSYLVANIA LLC,<br><br>                Defendants. | Case No. 2:19-cv-00996-MJH |

### STIPULATION OF DISMISSAL

Plaintiff Bartley M. Mullen, Jr. and Defendants Apple American Group LLC and Apple Pennsylvania LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants;

2. Plaintiff's motion for class certification was withdrawn on August 29, 2021, and no class has been certified in this action. Therefore, neither class notice nor court approval of this dismissal is required under the Federal Rules; and

3. Each party shall bear its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 26, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Nicholas A. Colella*<br>Kelly K. Iverson<br>Nicholas A. Colella<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 | */s/ Jennifer S. Rusie*<br>Jennifer S. Rusie<br>**Jackson Lewis P.C.**<br>CitySpace<br>611 Commerce Street<br>Suite 3102 |

<table>
<tr><td>

(412) 322-9243  
kelly@lcllp.com  
nickc@lcllp.com  

R. Bruce Carlson  
**CARLSON BROWN**  
222 Broad St.  
PO Box 242  
Sewickley, PA 15143  
724-730-1753  
bcarlson@carlsonbrownlaw.com  

*Attorneys for Plaintiff*

</td><td>

Nashville, TN 37203  
(615) 915 3300  
Jennifer.Rusie@jacksonlewis.com  

*Attorney for Defendants*

</td></tr>
</table>

It is so ordered this 26th Day of January 2022.

_____
Marilyn J. Horan